IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIGANO, INC. D/B/A IMAGE 360 HOUSTON SPRING, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 4:26-CV-03340 |
| v. | § § | |
| UTICA LLOYDS OF TEXAS, | § § § | |
| *Defendant*. | § | |

## INDEX OF MATTERS BEING FILED

Pursuant to Rule 81 of the Local Rules of the United States District Court for the Southern

District of Texas, the following is an index of matters being filed in this case:

| Exhibit | Date | Description |
|---|---|---|
| A | n/a | Index of Matters Being Filed |
| B | n/a | Docket Sheet - Case Summary Sheet – Harris County |
| B-1 | 03/27/26 | Plaintiff's Original Petition and Jury Demand |
| B-2 | 03/27/26 | Affidavit of Service on Defendant – served on 03/27/2026 |
| B-3 | 04/17/26 | Defendant's Original Answer and Affirmative Defenses |
| C | n/a | Parties to the Case |
| D | n/a | List of All Counsel |



**EXHIBIT A**

**INDEX OF MATTERS BEING FILED**